27 A.3d 987

**Demetrius LLOYD, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, Appellee.**

Supreme Court of Pennsylvania.

Sept. 28, 2011.

## *ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2011, the Order of the Commonwealth Court is **AFFIRMED.**